# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00197-2 CW |
| ) | |
| Earl T. Combs ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____March 6, 2006_____ be continued until _____April 17, 2006_____ at _____2:30 p.m._____ .

Date: __JAN 2 4 2006__

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04