ERIC S. QUANDT CSB #202829
GAGEN, McCOY, McMAHON & ARMSTRONG
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
Earl T. Combs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No.: CR05-00197-CW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE MODIFICATION OF PRETRIAL TRAVEL** |
| ROBERT HAZEN, EARL COMBS, | |
| Defendants. | |

GOOD CAUSE APPEARING,

It is hereby ORDERED that Defendant Earl T. combs be permitted to travel according to the application attached hereto, provided that his travel itinerary is provided to Pretrial Services for appropriate supervision.

Dated: January 31, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

Law Offices of
**GAGEN, McCOY, McMAHON & ARMSTRONG**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

- 1 -
ORDER RE MODIFICATION OF PRETRIAL TRAVEL   CR05-00197-CW
F:\clweg\37212\Order re Travel.doc