ERIC S. QUANDT CSB #202829
GAGEN, McCOY, McMAHON & ARMSTRONG
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
Earl T. Combs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR05-00197-CW |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE SENTENCING HEARING FOR MR. COMBS** |
| ROBERT HAZEN, EARL COMBS, | |
| Defendants. | Honorable Claudia Wilken |

IT IS HEREBY ORDERED that the sentencing hearing for Mr. Combs currently scheduled for **April 17**, 2006 at 2:30 p.m. will be continued to **October 16**, 2006 at 2:30 p.m.

Dated: ___2/1/06         /s/ CLAUDIA WILKEN_
_____             _____
                        CLAUDIA WILKEN
                        U.S. DISTRICT COURT JUDGE

Law Offices of
**GAGEN, McCOY, McMAHON & ARMSTRONG**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

- 1 -
[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FOR MR. COMBS: CR05-00197-CW
F:\CLWEG\37212\Order re Continuing Sentence.doc