WILLIAM E. GAGEN, JR.  CSB #043832
GAGEN, McCOY, McMAHON & ARMSTRONG
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA  94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
EARL T. COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROBERT HAZEN,<br>EARL COMBS,<br><br>            Defendants.<br>_____/ | No.: CR05-00197-CW<br><br>**ORDER RE MODIFICATION OF PRETRIAL TRAVEL** |

GOOD CAUSE APPEARING,

It is hereby ORDERED that Defendant Earl T. Combs be permitted to travel to California, returning to Idaho, provided that his travel itinerary is provided to Pretrial Services and approved by them.

Dated:  April 20, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE