1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL  (CSBN 75434)
   Assistant United States Attorney, Chief, Tax Division
3  THOMAS MOORE  (ASB 4305-O78T)
   Assistant United States Attorney
4   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:  (415) 436-6935
6
   Attorneys for United States of America
7
                  **IN THE UNITED STATES DISTRICT COURT FOR THE**
8
                      **NORTHERN DISTRICT OF CALIFORNIA**
9
                                **OAKLAND DIVISION**
10
   **UNITED STATES OF AMERICA,**          )   **Case No. CR-05-0197-CW**
11                                         )
            **Plaintiff,**                 )
12                                         )   **STIPULATION TO CONTINUE**
        **v.**                             )   **SENTENCING AND**
13                                         )   **ORDER THEREON**
   **ROBERT D. HAZEN AND EARL T. COMBS,** )
14                                         )
            **Defendants.**                )
15 _____)

16        For the reasons that Defendant Earl T. Combs has entered a cooperation Plea Agreement

17 in which he agrees to cooperate and because the opportunity to cooperate will continue at least

18 until and perhaps beyond January 8, 2007, the date set for the sentencing of co-defendant Robert

19 D. Hazen who has entered a Rule 11(c)(1)(C) plea agreement which the Court will not act upon

20 until that date;

21        It is hereby stipulated by and between Plaintiff and Defendant, Earl T. Combs, through

22 his counsel, that the Sentencing scheduled for October 16, 2006, be continued to January 22,

23 2007.

24                                             KEVIN V. RYAN
                                               United States Attorney
25
   /s/ William E. Gagen, Jr., Esq.            /s/ Thomas Moore
26 WILLIAM E. GAGEN, JR., ESQ.                THOMAS MOORE
   Attorney for Earl T. Combs                 Assistant United States Attorney
27                                             Tax Division
                                               Attorneys for Plaintiff
28

          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

   Dated: 10/11/06      _____
                        UNITED STATES DISTRICT  JUDGE