RECEIVED
DEC - 8 2006
CLAUDIA WILKEN
U.S. DISTRICT JUDGE

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00197-02 CW
)
Earl T. Combs )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____January 22, 2007_____ be continued until _____February 12, 2007_____ at _____2:30 p.m._____

Date: 12/12/06

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04